# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KELLER, ELLEN MARIE | § | Case No. 09-45191 JBS |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/30/2009 . The undersigned trustee was appointed on 11/30/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $   3,000.47

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]                $ | 3,000.47 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/15/2010 and the deadline for filing governmental claims was 04/15/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 0.12 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 750.04 , for a total compensation of $ 750.04 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 10.28 , for total expenses of $ 10.28 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/28/2010            By:/s/RONALD R. PETERSON
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

Page: 1
Exhibit A

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 09-45191 Judge: HON. JOHN B. SCHMETTERER
Case Name: KELLER, ELLEN MARIE
For Period Ending: 10/28/10

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 11/30/09 (f)
341(a) Meeting Date: 01/11/10
Claims Bar Date: 04/15/10

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. single family home Location: 5844 Burr Oak Ave., B | 200,000.00 | 0.00 | | 0.00 | 0.00 | 270,899.00 | 0.00 |
| 2. US currency in debtor's possession | 25.00 | 25.00 | | 0.00 | 25.00 | 0.00 | 0.00 |
| 3. Savings account located at Itasca Bank and Trust, | 300.00 | 300.00 | | 0.00 | 300.00 | 0.00 | 0.00 |
| 4. checking account located at Itasca Bank and Trust, | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. miscellaneous household goods and furnishings in d | 500.00 | 500.00 | | 0.00 | 500.00 | 0.00 | 0.00 |
| 6. books, photos and CD's in debtor's possession | 150.00 | 150.00 | | 0.00 | 150.00 | 0.00 | 0.00 |
| 7. miscellaneous wearing apparel in debtor's possessi | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 | 0.00 | 0.00 |
| 8. wedding band in debtor's possession | 850.00 | 850.00 | | 0.00 | 850.00 | 0.00 | 0.00 |
| 9. 401K pension funds | 1,200.00 | 1,200.00 | | 0.00 | 1,200.00 | 0.00 | 0.00 |
| 10. 100 shares of Lucent Technologies | 255.00 | 255.00 | | 0.00 | 255.00 | 0.00 | 0.00 |
| 11. 50% ownership in Service Pro Electro Motor Repair | 6,000.00 | 6,000.00 | | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| 12. 2004 Chevy Trailblazer in debtor's possession | 6,600.00 | 6,600.00 | | 0.00 | 6,600.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.47 | Unknown | | 0.00 |
| TOTALS (Excluding Unknown Values) | $216,880.00 | $16,880.00 | | $3,000.47 | $13,880.00 | $270,899.00 | $0.00 |

Gross Value of Remaining Assets

LFORM1EX-UST Form 101-7-TFR (10/1/2010) (Page: 3)    Ver: 16.00a

Page: 2
Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No.: 09-45191    Judge: HON. JOHN B. SCHMETTERER
Case Name: KELLER, ELLEN MARIE

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 11/30/09 (f)
341(a) Meeting Date: 01/11/10
Claims Bar Date: 04/15/10

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Debtor owns 50 percent of her husband's Electro Motors business. Debtor has offered $3,000. I think I should take it.

Initial Projected Date of Final Report (TFR): 06/30/12    Current Projected Date of Final Report (TFR): 06/30/12

_____ Date: _____

RONALD R. PETERSON

LFORM1EUST Form 101-7-TFR (10/1/2010) *(Page: 4)*

Ver: 16.00a

Page: 1
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-45191 -JBS | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | KELLER, ELLEN MARIE | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | ******0259 | Account Number / CD #: | ******0419 Money Market Account (Interest Earn |
| For Period Ending: | 10/28/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/10 | 11 | Ellen Keller | | 1129-000 | 3,000.00 | | 3,000.00 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 3,000.03 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,000.10 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,000.17 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,000.25 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,000.32 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,000.40 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,000.47 |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 3,000.47 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | 3,000.47 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 3,000.47 | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account (Interest Earn - ******0419 | 3,000.47 | 0.00 | 3,000.47 |
| | 3,000.47 | 0.00 | 3,000.47 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 3,000.47 0.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-45191 JBS
Case Name: KELLER, ELLEN MARIE
Trustee Name: RONALD R. PETERSON

Balance on hand $ 3,000.47

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 750.04 | $ 0.00 | $ 750.04 |
| Trustee Expenses: RONALD R. PETERSON | $ 10.28 | $ 0.00 | $ 10.28 |

Total to be paid for chapter 7 administrative expenses $ 760.32
Remaining Balance $ 2,240.15

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 92,501.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886 | $ 8,981.38 | $ 0.00 | $ 217.50 |
| 000003 | PYOD LLC as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 20,364.18 | $ 0.00 | $ 493.17 |
| 000004 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | $ 9,706.75 | $ 0.00 | $ 235.07 |
| 000005 | GE Money Bank dba Sams Club<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ 12,890.64 | $ 0.00 | $ 312.18 |
| 000006 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 40,559.04 | $ 0.00 | $ 982.23 |

Total to be paid to timely general unsecured creditors      $       2,240.15

UST Form 101-7-TFR (10/1/2010) *(Page: 7)*

    Remaining Balance                                                 $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE