UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KELLER, ELLEN MARIE | § | Case No. 09-45191 JBS |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/27/2011 in Courtroom 682,

UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/23/2010                    By: UNITED STATES BANKRUPTCY COURT
                                               Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KELLER, ELLEN MARIE | § | Case No. 09-45191 JBS |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 3,000.47 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 3,000.47 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 750.04 | $ 0.00 | $ 750.04 |
| Trustee Expenses: RONALD R. PETERSON | $ 10.28 | $ 0.00 | $ 10.28 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 760.32 |
| Remaining Balance | $ | 2,240.15 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 92,501.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886 | $ 8,981.38 | $ 0.00 | $ 217.50 |
| 000003 | PYOD LLC as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 20,364.18 | $ 0.00 | $ 493.17 |
| 000004 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | $ 9,706.75 | $ 0.00 | $ 235.07 |
| 000005 | GE Money Bank dba Sams Club<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ 12,890.64 | $ 0.00 | $ 312.18 |
| 000006 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 40,559.04 | $ 0.00 | $ 982.23 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 2,240.15 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mflowers              Page 1 of 2                   Date Rcvd: Nov 23, 2010
Case: 09-45191                 Form ID: pdf006             Total Noticed: 41

The following entities were noticed by first class mail on Nov 25, 2010.
db           +Ellen Marie Keller,   5844 Burr Oak Ave.,    Berkeley, IL 60163-1423
aty          +Edward C Pacilli,   1060 Lake St., Suite 100,    Hanover Park, IL 60133-5400
tr           +Ronald R Peterson,   Jenner & Block LLP,    353 N. Clark Street,    Chicago, IL 60654-5474
14783578     +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
15052164      American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14783580     +Associated Credit Services, Inc.,    105B South St.,    P. O. Box 9100,    Hopkinton, MA 01748-9100
14783581      Bank Of America,   4060 Ogletown/Stanton Rd,    Newark, DE 19713
14783582     +Bank of America,   4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
14783583     +Bank One-ohio/Chase,    Attention: Banktruptcy Department,    Po Box 100018,
               Kennesaw, GA 30156-9204
14783584    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
14783585     +Chase Manhattan,   Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
14783586     +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
14783588     +Citimortgage Inc,    Po Box 9438,dept 0251,    Gaithersburg, MD 20898-9438
14783589     +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
14783593    ++GUARANTY BANK,    ATTENTION MALISA GENNRICH,    4000 W BROWN DEER ROAD,    BROWN DEER WI 53209-1221
             (address filed with court: Guaranty Savings Bk,    4000 W Brown Deer Rd,    Brown Deer, WI 53209)
14783598    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc Harlem Fur.,   Attn: Bankruptcy,    Po Box 15522,
               Wilmington, DE 19850)
14783594     +Harris N.a.,   111 W Monroe St,    Chicago, IL 60603-4095
14783596     +Household Mortgage Services,    Po Box 9068,    Brandon, FL 33509-9068
14783597     +Hsbc Best Buy,   Attn: Bankruptcy,    Po Box 6985,    Bridge Water, NJ 08807-0985
14783600     +Lane Bryant,   Po Box 182125,    Columbus, OH 43218-2125
14783601     +Marshall & Ilsley Bank,    Attn: Bankruptcy,    770 N Water St,    Milwaukee, WI 53202-3509
14783602     +Merchants Cr,   223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6908
15048669     +PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
14783604     +Peoples Bk Credit Card Services,    Attn: Bankruptcy,    Po Box 7092 Rccb 0680,
               Bridgeport, CT 06601-7092
14783605     +Peoples United Bank,    1000 Lafayette Blv,    Bridgeport, CT 06604-4707
14993881     +RBS Citizens,   480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
14783606     +Rbs Citizens Na,   1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
14783607     +Sam's Club Discover,    P. O. Box 981444,    El Paso, TX 79998-1444
14783608     +Scott Gibler,   5844 Burr Oak Ave.,    Berkeley, IL 60163-1423
14783612     +Up/regionsm,   Bankruptcy,    Po Box 18001,    Hattiesburg, MS 39404-8001
14783613     +Vsps/cbsd,   Po Box 6497,    Sioux Falls, SD 57117-6497
14935640     +WELLS FARGO BANK, N.A.,    ONE HOME CAMPUS,    MAC ID# X2302-04C,    DES MOINES, IA 50328-0001
14783614     +Webster Bank,   609 W Johnson Ave,    Cheshire, CT 06410-4502
14783615     +Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701-4747
The following entities were noticed by electronic transmission on Nov 24, 2010.
15389980      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 24 2010 01:44:01
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
15385277     +E-mail/PDF: gecsedi@recoverycorp.com Nov 24 2010 01:28:09      GE Money Bank dba Sams Club,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14783591     +E-mail/PDF: gecsedi@recoverycorp.com Nov 24 2010 01:28:09      GEMB / Old Navy,
               Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
14783592     +E-mail/PDF: gecsedi@recoverycorp.com Nov 24 2010 01:28:09      Gemb/disney,
               Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
14783595     +Fax: 866-543-0087 Nov 24 2010 08:33:48      Hinsdale Bank & Trust,    25 E First St,
               Hinsdale, IL 60521-4119
14783599     +E-mail/PDF: cr-bankruptcy@kohls.com Nov 24 2010 01:34:18      Kohls/chase,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14783603     +E-mail/Text: bankrup@nicor.com                          Nicor Gas,
               Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
                                                                                               TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14783579*    +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
14783587*    +Citi,   Pob 6241,    Sioux Falls, SD 57117-6241
14783590*    +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
14783609*    +Scott Gibler,   5844 Burr Oak Ave.,    Berkeley, IL 60163-1423
14783610*    +Scott Gibler,   5844 Burr Oak Ave.,    Berkeley, IL 60163-1423
14783611*    +Scott Gibler,   5844 Burr Oak Ave.,    Berkeley, IL 60163-1423
                                                                                   TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1         User: mflowers            Page 2 of 2              Date Rcvd: Nov 23, 2010
Case: 09-45191               Form ID: pdf006           Total Noticed: 41

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 25, 2010**          **Signature:**      *Joseph Speetjens*