## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ELLEN MARIE KELLER | ) | Bankruptcy No.  09 B 45191 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

### SECOND HEARING ON TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION  ORDER

TO:   See Attached Service List

Please take notice that the Court will call the above -captioned case for status on __March 31, 2011 at 10:30 a.m.__   In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois.  The Chapter 7 Trustee is ordered to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date:   MAR 1 5 2011

In re: Ellen Marie Keller
Bankruptcy No.09 B 45191

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on March 17, 2011, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

**Ronald R Peterson**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Clasce Mail