# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE: Ellen Marie Keller )
)
)  **Bankruptcy No.** 09 B 45191
)
Debtor(s) )
)
)

## THIRD NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

TO:  See Attached Service List

Please take notice that the Court will call the above-captioned case for status on __April 28, 2011 at 10:30 a.m.__ In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Ronald R. Peterson is ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: March 31, 2011