UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
KELLER, ELLEN MARIE § Case No. 09-45191 JBS
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 2,240.46 | Claims Discharged Without Payment: 185,349.56 |
| Total Expenses of Administration: 760.32 | |

3) Total gross receipts of $ 3,000.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 3,000.78 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 276,515.00 | $ 225,467.89 | $ 225,467.89 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 760.32 | 760.32 | 760.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 95,088.03 | 92,501.99 | 92,501.99 | 2,240.46 |
| **TOTAL DISBURSEMENTS** | $ 371,603.03 | $ 318,730.20 | $ 318,730.20 | $ 3,000.78 |

4)  This case was originally filed under chapter 7 on 11/30/2009 . The case was pending for 16 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/22/2011              By:/s/RONALD R. PETERSON
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 50% ownership in Service Pro Electro Motor Repair | 1129-000 | 3,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.78 |
| **TOTAL GROSS RECEIPTS** | | **$3,000.78** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Attn: Bankruptcy Research Dept 3415 Vision Dr Columbus, OH 43219 | | 5,616.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris N.a. 111 W Monroe St Chicago, IL 60690 | | 44,872.00 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | 226,027.00 | NA | NA | 0.00 |
| 000001 | WELLS FARGO BANK, N.A. | 4110-000 | NA | 225,467.89 | 225,467.89 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 276,515.00 | $ 225,467.89 | $ 225,467.89 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON TRUSTEE | 2100-000 | NA | 750.04 | 750.04 | 750.04 |
| ON PETERSON | 2200-000 | NA | 10.28 | 10.28 | 10.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 760.32 | $ 760.32 | $ 760.32 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | 9,483.00 | NA | NA | 0.00 |
| | American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | 0.00 | NA | NA | 0.00 |
| | Associated Credit Services, Inc. 105B South St. P. O. Box 9100 Hopkinton, MA 01748 | | 202.95 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America 4060 Ogletown/Stanton Rd Newark, DE 19713 | | 39,867.00 | NA | NA | 0.00 |
| | Bank Of America 4161 Piedmont Pkwy Greensboro, NC 27410 | | 0.00 | NA | NA | 0.00 |
| | Bank One-ohio/Chase Attention: Banktruptcy Department Po Box 100018 Kennesaw, GA 30156 | | 0.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | 0.00 | NA | NA | 0.00 |
| | Citi Pob 6241 Sioux Falls, SD 57117 | | 19,835.00 | NA | NA | 0.00 |
| | Citi Pob 6241 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Citimortgage Inc Po Box 9438,dept 0251 Gaithersburg, MD 20898 | | 0.00 | NA | NA | 0.00 |
| | Countrywide Home Lending Attention: Bankruptcy SV-314B Po Box 5170 Simi Valley, CA 93062 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Countrywide Home Lending Attention: Bankruptcy SV-314B Po Box 5170 Simi Valley, CA 93062 | | 0.00 | NA | NA | 0.00 |
| | GEMB / Old Navy Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Gemb/disney Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Guaranty Savings Bk 4000 W Brown Deer Rd Brown Deer, WI 53209 | | 0.00 | NA | NA | 0.00 |
| | Hinsdale Bank & Trust 25 E First St Hinsdale, IL 60521 | | 0.00 | NA | NA | 0.00 |
| | Household Mortgage Services Po Box 9068 Brandon, FL 33509 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Best Buy Attn: Bankruptcy Po Box 6985 Bridge Water, NJ 08807 | | 1,364.00 | NA | NA | 0.00 |
| | Hsbc Harlem Fur. Attn: Bankruptcy Po Box 15522 Wilmington, DE 19850 | | 1,457.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 1,664.00 | NA | NA | 0.00 |
| | Lane Bryant Po Box 182125 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Marshall & Ilsley Bank Attn: Bankruptcy 770 N Water St Milwaukee, WI 53202 | | 0.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | 114.00 | NA | NA | 0.00 |
| | Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | 113.00 | NA | NA | 0.00 |
| | Peoples Bk Credit Card Services Attn: Bankruptcy Po Box 7092 Rccb 0680 Bridgeport, CT 06601 | | 0.00 | NA | NA | 0.00 |
| | Peoples United Bank 1000 Lafayette Blv Bridgeport, CT 06604 | | 0.00 | NA | NA | 0.00 |
| | Rbs Citizens Na 1000 Lafayette Blvd Bridgeport, CT 06604 | | 8,769.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sam's Club Discover P. O. Box 981444 El Paso, TX 79998 | | 12,219.08 | NA | NA | 0.00 |
| | Up/regionsm Bankruptcy Po Box 18001 Hattiesburg, MS 39404 | | 0.00 | NA | NA | 0.00 |
| | Vsps/cbsd Po Box 6497 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Webster Bank 609 W Johnson Ave Cheshire, CT 06410 | | 0.00 | NA | NA | 0.00 |
| 000004 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 9,706.75 | 9,706.75 | 235.10 |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | NA | 40,559.04 | 40,559.04 | 982.37 |
| 000005 | GE MONEY BANK DBA SAMS CLUB | 7100-000 | NA | 12,890.64 | 12,890.64 | 312.22 |
| 000003 | PYOD LLC AS ASSIGNEE OF CITIBANK | 7100-000 | NA | 20,364.18 | 20,364.18 | 493.23 |
| 000002 | RBS CITIZENS | 7100-000 | NA | 8,981.38 | 8,981.38 | 217.54 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 95,088.03 | $ 92,501.99 | $ 92,501.99 | $ 2,240.46 |

Page: 1
Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  09-45191    Judge: HON. JOHN B. SCHMETTERER
Case Name:  KELLER, ELLEN MARIE
For Period Ending:  03/22/11

Trustee Name:  RONALD R. PETERSON
Date Filed (f) or Converted (c):  11/30/09 (f)
341(a) Meeting Date:  01/11/10
Claims Bar Date:  04/15/10

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. single family home Location: 5844 Burr Oak Ave., B | 200,000.00 | 0.00 | | 0.00 | 0.00 | 270,899.00 | 0.00 |
| 2. US currency in debtor's possession | 25.00 | 25.00 | | 0.00 | 25.00 | 0.00 | 0.00 |
| 3. Savings account located at Itasca Bank and Trust, | 300.00 | 300.00 | | 0.00 | 300.00 | 0.00 | 0.00 |
| 4. checking account located at Itasca Bank and Trust, | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. miscellaneous household goods and furnishings in d | 500.00 | 500.00 | | 0.00 | 500.00 | 0.00 | 0.00 |
| 6. books, photos and CD's in debtor's possession | 150.00 | 150.00 | | 0.00 | 150.00 | 0.00 | 0.00 |
| 7. miscellaneous wearing apparel in debtor's possessi | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 | 0.00 | 0.00 |
| 8. wedding band in debtor's possession | 850.00 | 850.00 | | 0.00 | 850.00 | 0.00 | 0.00 |
| 9. 401K pension funds | 1,200.00 | 1,200.00 | | 0.00 | 1,200.00 | 0.00 | 0.00 |
| 10. 100 shares of Lucent Technologies | 255.00 | 255.00 | | 0.00 | 255.00 | 0.00 | 0.00 |
| 11. 50% ownership in Service Pro Electro Motor Repair | 6,000.00 | 6,000.00 | | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| 12. 2004 Chevy Trailblazer in debtor's possession | 6,600.00 | 6,600.00 | | 0.00 | 6,600.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.78 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $216,880.00 | $16,880.00 | | $3,000.78 | $13,880.00 | $270,899.00 | $0.00 |

Gross Value of Remaining Assets

LFORM1EX
**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Ver: 16.01c

Page: 2
Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 09-45191    Judge: HON. JOHN B. SCHMETTERER
Case Name: KELLER, ELLEN MARIE

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 11/30/09 (f)
341(a) Meeting Date: 01/11/10
Claims Bar Date: 04/15/10

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed 11/22/10. Hearing set for 1/27/11.

Initial Projected Date of Final Report (TFR): / /    Current Projected Date of Final Report (TFR): / /

_____ Date: _____

RONALD R. PETERSON

Page: 1
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-45191 -JBS
Case Name: KELLER, ELLEN MARIE
Taxpayer ID No: *******0259
For Period Ending: 03/22/11

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0419  Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/10 | 11 | Ellen Keller | | 1129-000 | 3,000.00 | | 3,000.00 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 3,000.03 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,000.10 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,000.17 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,000.25 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,000.32 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,000.40 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,000.47 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,000.54 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,000.62 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,000.70 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 3,000.78 |
| 02/03/11 | | Transfer to Acct #*******9195 | Final Posting Transfer | 9999-000 | | 3,000.78 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 3,000.78 | 3,000.78 |
| Less: Bank Transfers/CD's | | 0.00 | 3,000.78 |
| Subtotal | | 3,000.78 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 3,000.78 | 0.00 |

Page Subtotals   3,000.78   3,000.78

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

| Case No: | 09-45191 -JBS | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | KELLER, ELLEN MARIE | | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******0259 | | Account Number / CD #: | *******9195 BofA - Checking Account |
| For Period Ending: | 03/22/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/03/11 | | Transfer from Acct #*******0419 | Transfer In From MMA Account | 9999-000 | 3,000.78 | | 3,000.78 |
| 02/03/11 | 003001 | Ronald R. Peterson Trustee | Professional Fees | 2100-000 | | 750.04 | 2,250.74 |
| | | | Fee Application Allowances | | | | |
| 02/03/11 | 003002 | Ron Peterson | Professional Fees | 2200-000 | | 10.28 | 2,240.46 |
| | | | Expense Allowances | | | | |
| 02/03/11 | 003003 | RBS Citizens
480 Jefferson Blvd
RJE 135
Warwick RI 02886 | Final distribution | 7100-000 | | 217.54 | 2,022.92 |
| 02/03/11 | 003004 | PYOD LLC as assignee of Citibank
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602- | Final distribution | 7100-000 | | 493.23 | 1,529.69 |
| 02/03/11 | 003005 | American Express Centurion Bank
POB 3001
Malvern, PA 19355-0701 | Final distribution | 7100-000 | | 235.10 | 1,294.59 |
| 02/03/11 | 003006 | GE Money Bank dba Sams Club
Care of Recovery Management Systems Corp
25 SE 2nd Ave Ste 1120
Miami FL 33131 | Final distribution | 7100-000 | | 312.22 | 982.37 |
| 02/03/11 | 003007 | Fia Card Services, NA/Bank of America
by American Infosource Lp As Its Agent
PO Box 248809
Oklahoma City, OK 73124-8809 | Final distribution | 7100-000 | | 982.37 | 0.00 |

Page Subtotals  3,000.78  3,000.78

Page: 3
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-45191 -JBS | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | KELLER, ELLEN MARIE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9195 BofA - Checking Account |
| Taxpayer ID No: | *******0259 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 03/22/11 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,000.78 | 3,000.78 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 3,000.78 | 0.00 | |
| | | | Subtotal | | 0.00 | 3,000.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 3,000.78 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********0419 | 3,000.78 | 0.00 | 0.00 |
| BofA - Checking Account - ********9195 | 0.00 | 3,000.78 | 0.00 |
| | 3,000.78 | 3,000.78 | Total Funds On Hand |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | |

Page Subtotals 0.00 0.00